**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-7202**

─────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LIONEL STAINE,

        Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, District Judge.  (4:02-cr-00060-FL-1)

─────────

Submitted:  March 20, 2023                    Decided:  March 28, 2023

─────────

Before NIEMEYER, KING, and HEYTENS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Lionel Staine, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionel Staine appeals the district court's order denying his motion for a sentence reduction under § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no abuse of discretion. *See United States v. Reed*, 58 F.4th 816, 819 (4th Cir. 2023) (stating standard of review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*